UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-P566-H

BERNARD BRUCE PERTEE                                                    PLAINTIFF

V.

GEORGE DETELLA, et al.                                                    DEFENDANTS

## MEMORANDUM OPINION AND ORDER

Defendant, Elizabeth Hall in her individual capacity ("Hall"), has moved for summary judgment as to Plaintiff's remaining claims in this lawsuit. Hall was the Medical Director of the Louisville Metro Corrections Department. Plaintiff, Bernard Pertee, has filed a lawsuit alleging deliberate indifference to his serious medical needs while he was an inmate at a facility operated by the Department.

Several months ago, another Defendant, Kevin Sidebottom, the Deputy Director of the Medical Department, moved for summary judgment. After a thorough analysis of the facts of the case, this Court sustained his motion for summary judgment and dismissed all the claims against him. Soon afterwards, Hall filed her motion for summary judgment. Plaintiff has not responded. The Court has once again reviewed the facts and finds that Hall's circumstances are similar to Sidebottom's. Consequently, for all the reasons set forth in the Court's previous Memorandum Opinion, the Court concludes that Hall is entitled to summary judgment as well. With the dismissal of these claims, no other causes of action remain.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant Hall's motion for summary judgment is
SUSTAINED and the claims against Hall are DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc:     Bernard Bruce Pertee, *Pro Se*
        Counsel of Record